No. 73–1104. HOOPA VALLEY TRIBE v. SHORT ET AL.; and

No. 73–1244. UNITED STATES v. SHORT ET AL. Ct. Cl. Motions of the following for leave to file briefs as *amici*

*curiae* in Nos. 73–1104 granted: Salt River Pima-Maricopa Indian Community of the Salt River Indian Reservation, Arizona; National Tribal Chairmen's Assn.; National Congress of American Indians; Colorado River Indian Tribes; Colville Confederated Tribes of Colville Indian Reservation, Washington; Assiniboine and Sioux Tribes of Fort Peck Indian Reservation, Montana, et al.; Fort Mojave Indian Tribes of Arizona, California, and Nevada, et al.; and Quinault Tribe of Indians of Quinault Reservation, Washington. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART would grant certiorari. Reported below: 202 Ct. Cl. 870, 486 F. 2d 561.